# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Central DuPage Hospital Association

                                Plaintiff,

v.                                                    Case No.: 1:22−cv−01194

                                                   Honorable Mary M. Rowland

Blue Cross and Blue Shield of Massachusetts, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 6, 2024:

       MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' notice of voluntary dismissal. [65]. The Court dismisses the case with prejudice. Each side to bear its own fees and costs. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.